UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRIAN TRACEY HILL,

                Plaintiff,

    v.

ELI HODAN, et al.,

                Defendants.

Case No. 1:21-cv-01311-SKO (PC)

**ORDER TO SUBMIT NON-PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**

30-DAY DEADLINE

Plaintiff, a civil detainee proceeding *pro se*, has not paid the $402 filing fee for this action or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the Court ORDERS:

    1.    The Clerk's Office shall send Plaintiff an application to proceed *in forma pauperis* **for a non-prisoner**; and,

    2.    **Within 30 days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402 filing fee for this action. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:  **September 1, 2021**                */s/ Sheila K. Oberto*

                                          UNITED STATES MAGISTRATE JUDGE