UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRACEY HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELI HODAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01311-SKO (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISREGARDING MOTION AS MOOT**<br><br>(Docs. 3, 6) |

Plaintiff has filed a motion to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (Doc. 6.) Plaintiff adequately shows that he is unable to afford the costs of this action.[1] Accordingly, his current motion to proceed IFP (Doc. 6) is GRANTED. Plaintiff's previous motion to proceed IFP (Doc. 3) is DISREGARDED as moot.

IT IS SO ORDERED.

Dated: __September 27, 2021__　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is civilly detained at Coalinga State Hospital. Persons civilly detained pursuant to California Welfare and Institutions Code § 6600, *et seq.*, are not prisoners within the meaning of the Prison Litigation Reform Act, and thus the Act's provisions regarding *in forma pauperis* status of prisoner-plaintiffs do not apply to them. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).